# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTY DAVENPORT,<br><br>                    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>                    Defendant. | Case No. 1:14-cv-00721-SMS<br><br>ORDER STRIKING PARTIES'<br>STIPULATION TO EXTEND<br>TIME AS MOOT<br><br>(Docs. 10 and 11) |

On February 3, 2015, the parties to this action filed a stipulation to extend the deadline by which Plaintiff was to file her opening brief. Noting several inconsistencies in the stipulation, the Court inquired informally whether the parties wished to correct the apparent errors. As a result, the parties filed an amended stipulation on February 4, 2015. Before the Court was able to review and sign the stipulation however, Plaintiff filed her opening brief, rendering the stipulated extension moot. Accordingly, the Court hereby STRIKES the parties' stipulations to extend the time for Plaintiff's filing of her opening brief (Docs. 10 and 11) as moot.

IT IS SO ORDERED.

Dated:   __February 18, 2015__           _____/s/ Sandra M. Snyder__
                                                                    UNITED STATES MAGISTRATE JUDGE