# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTY DAVENPORT,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:14-cv-00721-SMS<br><br>ORDER |

In an order filed September 9, 2015 (Doc. 16), the Court affirmed the denial of benefits to Plaintiff and ordered judgment for the Commissioner of Social Security. Due to an administrative error within the order, the Court shall vacate the September 9, 2015 order and issue an amended order. Accordingly, the order filed September 9, 2015 (Doc. 16) is HEREBY VACATED.

IT IS SO ORDERED.

Dated: **September 11, 2015**            **/s/ Sandra M. Snyder**
                                          UNITED STATES MAGISTRATE JUDGE